*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**NICHOLAS WAYNE WRIGHT**         Case No. 3:23-bk-31404-SHB
                                  Chapter 7

Debtor.

### ORDER APPROVING AMENDED NOTICE OF SALE OF DEBTOR'S PERSONAL PROPERTY

On or about October 16, 2023, Ryan E. Jarrard, Trustee, filed a Notice of Sale of Debtor's Personal Property pursuant to 11 U.S.C. §363 and the Fed. R. of Bakr. P. 2002 and 6004. In the Notice, the Trustee proposed to sell the debtor's non-exempt property consisting of a) 2020 Indian Challenger Motorcycle; b) 2022 Air Conception Tornado Ultralight Aircraft; c) three firearms. The auction will take place after November 15, 2023 online only. The Trustee intends to utilize Furrow Auction Company to conduct the sale, and they will be compensated a commission fee of a 15% buyer's premium and not more than $2,600.00 in expenses. The Notice was served on all creditors

and parties in interest. There being no objections filed to the Trustee's Notice, and it otherwise appearing to the Court that the notice is proper.

It is thereby **ORDERED** that the Trustee's sale of the debtor's real and personal property at auction after November 15, 2023 is **APPROVED**. It is further **ORDERED** that the stay period of Federal Rule of Bankruptcy Procedure 6004(h) is waived for cause and this Order be effective upon entry.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com