

**SO ORDERED.**
**SIGNED this 22nd day of November, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**NICHOLAS WAYNE WRIGHT**  Case No. **3:23-bk-31404-SHB**
Chapter 7

Debtor.

### ORDER APPROVING SETTLEMENT

Ryan E. Jarrard, trustee, moved the Court for authority to compromise a dispute between the Debtor and the trustee. No objections were filed within the required notice period. Based upon the facts presented, the court is of the opinion that the settlement is in the best interests of the estate. The trustee may compromise the dispute with the debtor for $2,200 pursuant to the terms laid out in the underlying motion. Payment shall be made no later than 30 days following entry of the order.

###

APPROVED FOR ENTRY:

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com